IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CURTIS SINGLETON,

                    Plaintiff,                    JUDGMENT

    v.

                                                  12-cv-415-wmc

JOANNE LANE, RYAN ARMSON,
BENJAMIN BREIDENBACH, TRACY
KOPFHAMER, KEVIN PITZEN and
JOSHUA WALKER,

                    Defendants.

---

This action came for consideration before the court with U. S. District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered by a jury.

---

      IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of defendants dismissing plaintiff's case and all claims contained therein.

      Approved as to form this 25th day of March, 2015.

_____
William M. Conley, District Judge

_____              3/25/15
Peter Oppeneer, Clerk of Court                  Date